**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Jacksonville Division

CASE NO. 3:19-cv-00617-BJD-MCR
IN ADMIRALTY

OVERSEAS SALVAGE AND MAINTENANCE, LTD.,,

    Plaintiff,

v.

M/Y *BELLAMI.COM* (Ex: *NOBLE HOUSE*), a 2005, 768 gross ton, 46.20 meter motor yacht built by Sensation Yachts, registered in the Republic of the Marshall Islands bearing Official Number 71326, IMO No. 9323261, her engines, furniture, tackle, tender and appurtenances, *in rem*; and NOBLE HOUSE, LLC, a Marshall Islands limited liability company, *in personam*,,

    Defendants.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   - M/Y "BELLA" (EX. "BELLAMI.COM") (EX. "NOBLE HOUSE"), Defendant Vessel
   - Noble House, LLC, record owner of Vessel and Defendant
   - G4A Trust U/D/O June 29, 2010, Sole LLC Member of Noble House, LLC
   - William Harrison, Ultimate Beneficial Owner of Defendants
   - John L. Senning, Special Admiralty & Maritime Law Legal Counsel to Noble House, LLC
   - Michael T. Moore, Legal Counsel for Defendants
   - Moore & Company, Legal Counsel for Defendants

- Christopher R. Jaramillo, Legal Counsel for Defendants
- Captain Joseph Collins, Captain of Defendant Vessel
- Underwriters at Lloyd's, Insurers of Defendant Vessel in August 2018
- Overseas Salvage and Maintenance, Ltd., Plaintiff
- Marcus Mitchell, President of Overseas Salvage and Maintenance, Ltd.
- David Mitchell, Vice President of Overseas Salvage and Maintenance, Ltd.
- Platt River Insurance Company, Bond Surety for Release of Defendant Vessel
- Fran Jandjel, Marine Operations Manager of Noble House, LLC
- James W. Stroup, Legal Counsel for Plaintiff
- Farris J. Martin, III, Legal Counsel for Plaintiff
- Stroup & Martin, PA, Counsel for Plaintiff

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   Not Applicable.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: August 8, 2019

Respectfully submitted,

**MOORE & COMPANY, P.A.**
*Counsel for Plaintiff*
255 Aragon Avenue, Third Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601
Email: mweisz@moore-and-co.com

s/Christopher R. Jaramillo
Christopher R. Jaramillo, Esq.
Florida Bar No. 99806

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record.

s/Christopher R. Jaramillo
Christopher R. Jaramillo, Esq.
Florida Bar No. 99806
